August 31, 2006

Mr. William Espinoza Pena
TDCJ #619877
French M. Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

Ms. Kimberly L. Fuchs
Texas Attorney General Office
PO Box 12548
Austin, TX 78711-2548
Mr. David W. McDowell
Beto Unit 1
P.O. Box 128
Tennessee Colony, TX 75880

RE: Case Number: 05-0546
 Court of Appeals Number: 12-05-00116-CV
 Trial Court Number: XXX-XX-XXXX

Style: WILLIAM ESPINOZA PEÑA
 v.
 DAVID MCDOWELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam opinion and judgment in the
above-referenced cause. Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses the court of appeals’
judgment and remands the case to that court. The Motion for Temporary Restraining Order and
Preliminary Injunction and all Petitioner’s Motions to Take Judicial Notice in the Interest of
Justice are denied.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc: |Ms. Janice Staples |
| |Ms. Cathy S. Lusk |